# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Case No. 04B10250

In re *Robert McCullough* _____ / Debtor      Chapter  13
    *Attorney for Debtor:*

## APPLICATION TO PAY FILING FEES IN INSTALLMENTS

In accordance with Fed. R. Bankr. P. 1006, application is made for permission to pay the filing fee on the following terms:

$ _50.00_ with the filing of the petition, and the balance of

$ _144.00_ in _3_ installments, as follows:

$ _50.00_ on or before _4/14/04_
$ _50.00_ on or before _5/12/04_
$ _44.00_ on or before _6/11/04_
$ _____ on or before _____

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 15 2004
KENNETH S. GARDNER, CLERK
PS REP. - MM

I certify that I am unable to pay the filing fee except in installments. I further certify that I have not paid any money or transferred any property to an attorney or any other person for services in connection with this case or in connection with any other pending bankruptcy case and that I will not make any payment or transfer any property for services in connection with the case until the filing fee is paid in full.

Date: *March 13, 2004*

_____
Applicant

_____
Attorney for Applicant

### ORDER

IT IS ORDERED that the debtor pay the filing fee in installments on the terms set forth in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

BY THE COURT

Date: MAR 15 2004

_____
United States Bankruptcy Judge

KENNETH S. GARDNER
US Bankruptcy Court